**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                                    Criminal No. 00-cr-110-1-PB

<u>Carlos Angel Rodriguez</u>

**O R D E R**

On June 10, 2008, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on one alleged violation of conditions of supervision.  Defendant changed residence without notice and left the state.  I therefore find probable cause to hold him for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6). Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that he will not flee and that he poses no danger to any other person or to the community. Defendant has a violent criminal history.  He also has a history of malingering about his mental health.  He left the state within days of his release.  He did not register as a sex offender, is unemployed and is homeless.  He is a risk of flight and a danger to the community.  There are no conditions which are likely to assure his presence and the safety of the community.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      **SO ORDERED.**

                    James R. Muirhead
                    United States Magistrate Judge

Date: June 11, 2008

cc:    Jonathan R. Saxe, Esq.
       Robert J. Veiga, Esq.
       U.S. Marshal
       U.S. Probation